DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**5307 CWELT-2008,**
Appellant,

v.

**WELLS FARGO USA HOLDINGS, INC.,**
Appellee.

No. 4D2025-1061

[April 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gary Michael Farmer, Jr., Judge; L.T. Case No. 062016CA004032AXXXCE.

Kenzie N. Sadlak of Kenzie N. Sadlak, PA, Miami, for appellant.

Albert E. Acuna of Albert E. Acuna, PA, Miami, and Stephen W. Guy of Krapf Legal, Clearwater, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***